## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL E. STEFFENHAGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  07-1070-JTM |
| ) | |
| CITY OF AUGUSTA, KAN., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

COME NOW the parties hereto, by and through counsel, pursuant to F.R.Civ.P. Rule 41(a)(1), and stipulate to the voluntarily dismissal of the above-captioned action without prejudice, with each party being responsible for his / its own attorney fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

AYESH LAW OFFICES

By: /s/ Ray E. Simmons
 Ray E. Simmons, #12296
 P. O. Box 781750
 Wichita, KS   67278-1750
  *Attorneys for Plaintiff*

FLEESON, GOOING, COULSON & KITCH, LLC

By: /s/ Charles E. Millsap
 Charles E. Millsap, #09692
 1900 Epic Center
 301 N. Main
 Wichita, KS 67201-0997
  *Attorneys for Defendant*

## CERTIFICATE OF MAILING

    I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.


                                      By: /s/ Ray E. Simmons
                                          Ray E. Simmons, #12296